**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

TRUSTEES OF ALASKA IRONWORKERS PENSION TRUST, et al.
v.
E. BROWN INC.

THE HONORABLE JOHN D. ROBERTS

DEPUTY CLERK                                        CASE NO.  3:04-CV-00041-RRB

Dan Maus

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**   DATE: February 8, 2006

     The court has received a status report dated February 8, 2006. The report is accepted.

     A further status report shall be filed by counsel for plaintiff on or before  June 8, 2006 , unless closing papers are sooner filed.

[ ]{IIA4.WPD*Rev.12/96}