Sarah E. Josephson, Esq.
Jermain, Dunnagan & Owens
3000 A St., Suite 300
Anchorage, AK 99503
(907) 563-8844

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRUSTEES OF ALASKA IRONWORKERS PENSION TRUST , NORTHWEST IRONWORKERS HEALTH AND SECURITY TRUST, NORTHWEST IRONWORKERS ANNUITY FUND and ALASKA IRONWORKERS TRAINING PROGRAM TRUST, and INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL, ORNAMENTAL AND REINFORCING IRONWORKERS LOCAL 751,<br><br>Plaintiffs,<br><br>vs.<br><br>E. BROWN, INC., d/b/a INTERNATIONAL STEEL, CONTINENTAL CASUALTY COMPANY, NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, SEABOARD SURETY COMPANY, and ST. PAUL FIRE AND MARINE INSURANCE COMPANY, BOND NO. 929-215-346 AND 3583761,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:04-Civ-0041(RRB) |

## STATUS REPORT

As per the Court's Minute Order, plaintiffs hereby file the requested status report.

Defendant E. Brown, Inc., d/b/a International Steel Erectors filed a chapter 11 petition in the United States Bankruptcy Court for the District of Alaska, Case No. 05-00072-DMD on January 20, 2005, which plaintiffs believe is pending before that Court. This action against defendant is still stayed.

JERMAIN, DUNNAGAN & OWENS
Attorneys for Plaintiffs

Dated: 06/12/06                By:   s/Sarah E. Josephson
                                                                    Sarah E. Josephson
                                                                    Jermain, Dunnagan & Owens
                                                                    3000 A Street, Suite 300
                                                                    Anchorage, AK  99503
                                                                    (907) 563-8844
                                                                    (907) 563-7322
                                                                    sjosephson@jdolaw.com
                                                                    ABA No. 9705017

CERTIFICATE OF SERVICE
This is to certify that on this 12  day of
June, 2006, a true and correct copy
of the foregoing was mailed to:

Raymond Royce, Esq.
1407 W 31st Avenue, 7th Floor
Anchorage, AK  99503

s/Sarah E. Josephson