Sarah E. Josephson, Esq.
Jermain, Dunnagan & Owens
3000 A St., Suite 300
Anchorage, AK 99503
(907) 563-8844

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRUSTEES OF ALASKA IRONWORKERS PENSION TRUST , NORTHWEST IRONWORKERS HEALTH AND SECURITY TRUST, NORTHWEST IRONWORKERS ANNUITY FUND and ALASKA IRONWORKERS TRAINING PROGRAM TRUST, and INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL, ORNAMENTAL AND REINFORCING IRONWORKERS LOCAL 751,<br><br>                Plaintiffs,<br><br>vs.<br><br>E. BROWN, INC., d/b/a INTERNATIONAL STEEL, CONTINENTAL CASUALTY COMPANY, NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, SEABOARD SURETY COMPANY, and ST. PAUL FIRE AND MARINE INSURANCE COMPANY, BOND NO. 929-215-346 AND 3583761,<br><br>                Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:04-Civ-0041(RRB) |

## STATUS REPORT

      As per the Court's Minute Order, plaintiffs hereby file the requested status report.

Defendant E. Brown, Inc., d/b/a International Steel Erectors filed a chapter 11 petition in the United States Bankruptcy Court for the District of Alaska, Case No. 05-00072-DMD on January 20, 2005, which plaintiffs believe is pending before that Court. A Stipulation for Dismissal Without Prejudice was sent to Mr. Royce, counsel for Defendant E. Brown d/b/a International Steel Erectors, for his signature. Mr. Royce will not agree to the dismissal of this action without prejudice. However, because Defendant has failed to comply with the terms of the bankruptcy plan, Plaintiffs are unable and unwilling to agree to stipulate to dismissal of this action with prejudice.

Therefore, Plaintiffs respectfully request this matter remain active.

JERMAIN, DUNNAGAN & OWENS
Attorneys for Plaintiffs

Dated: 09/05/06        By:   s/Sarah E. Josephson
                                    Sarah E. Josephson
                                    Jermain, Dunnagan & Owens
                                    3000 A Street, Suite 300
                                    Anchorage, AK  99503
                                    (907) 563-8844
                                    (907) 563-7322
                                    sjosephson@jdolaw.com
                                    ABA No. 9705017

CERTIFICATE OF SERVICE
This is to certify that on this 6th day of
September, 2006, a true and correct copy
of the foregoing was electronically delivered
to:

Raymond Royce, Esq.
1407 W 31st Avenue, 7th Floor
Anchorage, AK  99503

s/Sarah E. Josephson