Sarah E. Josephson, Esq.
Jermain, Dunnagan & Owens
3000 A St., Suite 300
Anchorage, AK 99503
(907) 563-8844

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRUSTEES OF ALASKA IRONWORKERS PENSION TRUST, NORTHWEST IRONWORKERS HEALTH AND SECURITY TRUST, NORTHWEST IRONWORKERS ANNUITY FUND and ALASKA IRONWORKERS TRAINING PROGRAM TRUST, and INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL, ORNAMENTAL AND REINFORCING IRONWORKERS LOCAL 751,<br><br>    Plaintiffs,<br><br>vs.<br><br>E. BROWN, INC., d/b/a INTERNATIONAL STEEL,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:04-Civ-0041(RRB) |

## STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

COME NOW Plaintiffs, by and through counsel of record, Jermain, Dunnagan and Owens, and hereby stipulates that all claims in this action against Defendant shall be dismissed without prejudice.

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

The bankruptcy plan for defendant E. Brown, Inc., d/b/a International Steel Erectors in the United States Bankruptcy Court for the District of Alaska, Case No. 05-00072-DMD has now been confirmed.

JERMAIN, DUNNAGAN & OWENS, P.C.
Attorneys for Plaintiffs

8/15/06
Date

By: _____
Sarah E. Josephson
Alaska Bar No. 9705017

ROYCE & BRAIN
Attorneys for Defendant

8/15/06
Date

By: _____
Raymond Royce
Alaska Bar No. 8206060

## ORDER

Based on the above, IT IS HEREBY ORDERED that all claims in this action against Defendant are dismissed without prejudice.

DATED at Anchorage, Alaska this 12 day of Sept, 2006.

S/ RRB
The Honorable Ralph R. Beistline
U.S. District Court Judge

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

STIPULATION FOR DISMISSAL WITHOUT PREJUDICE
R.G. AND A.G., V. ANCHORAGE SCHOOL DISTRICT, ET AL.
CASE NO. 3AN-05-6549 CIVIL

PAGE 2